IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TODD MAYNOR, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-00381 |
| ) | Mattice/Carter |
| CHATTANOOGA NEIGHBORHOOD ) | |
| ENTERPRISE, INC., ) | |
| ) | |
|     Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having resolved this matter hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), to a dismissal of this action with prejudice, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/ Amelia C. Roberts (w/permission) | s/ O. John Norris, III |
| Amelia C. Roberts (TN Bar No. 022555) | James R. Mulroy, II (TN Bar No. 000098) |
| CONNER & ROBERTS, PLLC | O. John Norris, III (TN Bar No. 017504) |
| 1222 Tremont Street, Suite 102 | Pamela R. Irons (TN Bar No. 023707) |
| Chattanooga, TN 37405 | JACKSON LEWIS P.C. |
| Telephone: (423) 266-2144 | 999 Shady Grove Road, Suite 110 |
| Email: aroberts@conner-roberts.com | Memphis, TN 38120 |
| | Telephone: (901) 462-2600 |
| Attorneys for Plaintiff | Facsimile: (901) 462-2626 |
| | Email: mulroyj@jacksonlewis.com |
| |        norrisj@jacksonlewis.com |
| |        ironsp@jacksonlewis.com |
| | |
| | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individuals of record:

    Amelia C. Roberts (TN Bar No. 022555)
    CONNER & ROBERTS, PLLC
    1222 Tremont Street, Suite 102
    Chattanooga, TN 37405
    Email: aroberts@conner-roberts.com

    Attorney for Plaintiff

            s/ O. John Norris, III
            Counsel for Defendant

4840-7743-5676, v. 2

2

Case 1:12-cv-00381-HSM-WBC   Document 96   Filed 08/11/14   Page 2 of 2   PageID #: 1876